Tuscarawas. Judgment affirmed. Judges all concur. Dock. 7-16-25; 3 Abs. 451; OS. Pend. 3 Abs. 547.

19442—Andrew W. Mellon, director general, v. Fred W. Weber, Mahoning. Judgment reversed. Judges all concur. Dock. 11-25-25; 3 Abs. 754; OA. 3 Abs. 155.

19491—Central Nat. Bank of Mahonig v. Commodore Doston, Washington. Judgment affirmed. Dock. 12-16-25; 4 Abs. 10.

19477—North Eastern Oil & Gas Co. v. Hellenic Petroleum & Gas Co., Ashtabula. Settled and dismissed at costs of plaintiff in error. Dock. 12-11-25; 3 Abs. 762.

19509—Lake Shore Elec. Railway Co. v. Public Utilities Commission. Order reversed. Sixteen similar cases were affected by this ruling. Judges all concur. Dock. 12-23 25; 4 Abs. 24.

19599—Youngstown Municipal Ry. Co. v. Public Utilities Commission. Order affirmed. Dock. 1-26-26; 4 Abs. 88.

19606—Alice E. Ritzi, et al, v. Youngstown Ice Co., Mahoning. Case settled and dismissed at the cost of plaintiff in error. Dock. 1-27-26; 4 Abs. 88.

19608—Leland Romberger v. Ray Curl et al, Morrow. Judgment reversed. Mattias, Day, Allen and Kinkade, JJ. concur. Dock. 1-28-26; 4 Abs. 88.

19670—Logan Gas Co. v. Pub. Util. Com. Public Utilities Commission. Order affirmed. Judges concur. Dock. 3-9-26; 4 Abs. 176.

19759—Nathan C. Hirsch v. Harry L. Conn as superintendent, Franklin. Judgment affirmed. Day, Allen and Kinkade, JJ. concur. Dock. 4-9-26; 4 Abs. 225.

19563—State of Ohio v. Henry V. Joseph. Error to Hamilton Appeals. Judgment affirmed. Jones, Mattias, Day, Allen and Kinkade, JJ. concur. Dock. 1-12 26; 4 Abs. 56; OS. Pend. 4 Abs. 262.

## MOTION DOCKET

19679—David Atkins v. State of Ohio. Motion by defendant to strike petition in error as of right from files. Sustained. Dock. 3-10-26; 4 Abs. 192.

19679—David Atkins v. State of Ohio. Motion for leave to file petition in error to Court of Appeals of Stark county. On reconsideration. Allowed. Dock. 3-10-26; 4 Abs. 192.

19692—State ex. rel. P. U. C. v. New York Central Rd. Co. Motion by defendant for leave to amend its second defense. Allowed. Dock. 3-17-26; 4 Abs. 208.

19705—J. P. Burton Coal Co. v. John P. Gorman Coal Co. Motion for Cuyahoga Appeals to certify. Overruled. Dock 3-22-26; 4 Abs. 208.

19710—Helen M. Giddings v. Village of Shaker Heights. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 3-24-26; 4 Abs. 223.

19716—David K. Hartzler v. Joint Board of County Com. of Logan and Champaign counties et al. Motion for Logan Appeals to certify. Overruled. Dock. 3-25-26; 4 Abs. 223.

19725—Harley Conkle v. City of Bellevue, O. Motion for Sandusky Appeals to certify. Allowed. Dock. 3-29-26; 4 Abs. 223; OA. 4 Abs. 299.

19728—Janet M. Halliday v. John J. Clancy, administrator. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 3-30-26; 4 Abs. 223.

19714—In the matter of the assignment of Frank Reeb. Motion for Franklin Appeals to certify. Overruled. Dock. 3-25-26; 4 Abs. 223.

19719—Ira Jackson, executor, v. Henry C. Miller et al. Motion for Miami Appeals to certify. Overruled. Dock. 3-26-26; 4 Abs. 223.

19721—Albert Daiker, administrator, v. Kate Morris. Motion for Hamilton Appeals to certify. Overruled. Dock. 3-26-26; 4 Abs. 223.

19722—Reeves Mfg. Co. v. Minnie Nichols. Motion for Tuscarawas Appeals to certify. Overruled. Dock. 3-27-26; 4 Abs. 223.

19739—James L. Walls v. Myra B. Strosnider. Motion for Hamilton Appeals to certify. Overruled. Dock. 4 2-26; 4 Abs. 238.

19767—New York Cent. Rd. Co. v. Joe Mrkela. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 4-13-26; 4 Abs. 274.

19729—Janet M. Halliday v. John L. Clancy et al. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 3-30-26; 4 Abs. 223.

19735—Allen Thurman et v. Eugene Harmon et. Motion for Marion Appeals to certify. Overruled. Dock. 3-31-26; 4 Abs. 238.

19778—Palmer Blair Co. v. Toledo Mantel & Tile Co. Motion for Lucas Appeals to certify. Overruled. Dock. 4-16-26; 4 Abs. 274; OA. 4 Abs. 326.

19779—Adeline Jacobs v. C. V. Ferris. Motion for Summit Appeals to certify. Case settled. Costs paid. No record. Dock. 4-18-26; 4 Abs. 274.

## Abstracts of This Week's
# SUPREME COURT OPINIONS

### SYLLABI
### No. 438

No. 19268—B. F. Brady et v. H. I. N. Stafford, receiver. Error to the Tuscarawas Appeals.

765. MINES AND MINING—Verbal representations of grantor to grantee regarding quantity of coal in land cannot bind third party not present when representations were made.

355. DAMAGES—1. Where coal is taken from under land of another wilfully, wrongfully and intentionally, and without right measure of damages is value at mouth of mine, no deduction being allowed for mining same.

2. Where coal is taken without right, but innocently or by mistake measure of damages is value of coal in place.

480. EVIDENCE—Where objection is made to admission of certain testimony and objection overruled, no further objection necessary when same class of testimony is again presented.

DAY, J.

1. Verbal representations made by a grantor to a grantee at the time of the making and executing of a deed, concerning the amount of coal underlying the real estate so conveyed, cannot bind a third party not present at the time such representations are made, where such third party is sued for damages for the wrongful taking of such coal.

2. Where there has been a sufficient and specific objection to the admission of testimony concerning a conversation, which is overruled and exception noted, it is not necessary to repeat the objection whenever testimony of the same class is offered as the admission of such